

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Jeffrey Bernal v. The State of Texas

Appellate case number:   01-17-00535-CR

Trial court case number:  46141

Trial court:            33rd District Court of Burnet County

Appellant filed a motion to dismiss the appeal, signed only by appellant's counsel. Rule 42.2(a) permits an appellant to file a motion to dismiss his or her appeal, but the motion must be signed by appellant and appellant's attorney. *See* TEX. R. APP. P. 42.2(a).

Because appellant's motion is not signed by appellant, we deny the motion without prejudice to the refiling of a motion to dismiss that complies with Rule 42.2(a).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                       ☑ Acting individually    ☐ Acting for the Court

Date: January 11, 2018